OPINION — AG — ** ELECTION — MATERIALS — DATE ** WHEN A ELECTION IS HELD IN A COUNTY ON A TUESDAY, IS THE SECRETARY OF THE COUNTY ELECTION BOARD AUTHORIZED TO FORWARD TO AN ELECTOR TIMELY APPLYING FOR AN ABSENTEE BALLOT THE "SUPPLIES, AFFIDAVITS AND BALLOTS" MENTIONED IN 26 O.S. 325 [26-325](A) ON THE SATURDAY PROCEEDING SAID TUESDAY? — AFFIRMATIVE CITE: 26 O.S. 325 [26-325], 26 O.S. 325 [26-325](A) (FRED HANSEN)